EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                         | Solicitud de Reinstalación |
|--------------------------------|----------------------------|
| Jorge Luis Santiago Gauthier   | 99 TSPR 180                |

Número del Caso: TS-4412

Fecha: 10/12/1999

Abogado de la Parte Peticionaria: Por Derecho Propio

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Jorge L. Santiago
Gauthier                          TS-4412


RESOLUCIÓN


San Juan, Puerto Rico, a 10 de diciembre de 1999

Vista la moción solicitando reinstalación de Jorge L. Santiago Gauthier, se le reinstala al ejercicio de la profesión de abogado.

Se le concede a la Directora de la Oficina de Inspección de Notarías el término de treinta (30) días, contados a partir de la notificación de ésta resolución, para que nos informe sobre la obra notarial de Jorge L. Santiago Gauthier y se exprese sobre su solicitud de reinstalación a la notaría.

En cuanto a la solicitud de Santiago Gauthier de que se le reinstale a la notaría, ésta será considerada cuando se reciba el informe de la Directora de la Oficina de Inspección de Notarías.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Negrón García no intervino.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo